UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOLLY JONES, et al.,

       Plaintiffs,                      Case No. 1:17-cv-00146-RJJ-PJG

    v.                                       Hon. Robert J. Jonker

Ethicon, Inc., et al.,

       Defendants.
_____/

## NOTICE OF RECEIPT OF CASE

     NOTICE is hereby given that this case has been transferred from California Northern, former case number 5:11-cv-06584, and filed in this court on February 14, 2017.  It has been assigned the case number and judge set forth above.

                                              CLERK OF COURT

Dated:  February 14, 2017         By:  /s/ E. Siskind_____
                                                  Deputy Clerk