UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOLLY JONES, et al.,

    Plaintiffs,

                                    CASE NO. 1:17-CV-146

v.

                                    HON. ROBERT J. JONKER

ETHICON, INC., et al.,

    Defendants

    _____/

## **ORDER**

    Counsel shall appear for a status conference on **March 17, 2017 at 4:00 p.m.** Counsel shall prepare and file a joint status report, outlining their positions and needs with regard to future scheduling no later than **March 10, 2017**.

Date:    February 21, 2017               /s/ Robert J. Jonker
                                                          ROBERT J. JONKER
                                                          CHIEF UNITED STATES DISTRICT JUDGE